# Court of Appeals of the State of Georgia

ATLANTA,_ September 10, 201_

*The Court of Appeals hereby passes the following order:*

**A12D0498. FRED JONES ENTERPRISES, LLC v. DEWEY WILLIAMS.**

Fred Jones Enterprises, LLC filed a motion to set aside the trial court's order granting default judgment in favor of Dewey Williams. Fred Jones Enterprises argued, inter alia, that the trial court failed to give notice of the entry of final judgment and thus was required to vacate and re-enter the order as set forth in *Cambron v. Canal Ins. Co*, 246 Ga. App. 147, 148 (1) (269 SE2d 426) (1980). The trial court denied the motion, and Fred Jones Enterprises filed this application for discretionary appeal.

A motion to vacate and re-enter an order in keeping with *Cambron* is a motion to set aside under OCGA § 9-11-60 (g). See *Crawford v. Kroger Co.*, 183 Ga. App. 836 (360 SE2d 274) (1987). Thus, no application for discretionary appeal is required from a trial court's order denying such a motion. See id. We will grant an otherwise timely discretionary application if the lower court's order is subject to direct appeal. See OCGA § 5-6-35 (j). Accordingly, this application is hereby GRANTED. Fred Jones Enterprises shall have ten days from the date of this order to file a notice of appeal with the trial court. If, however, a notice of appeal has already been filed, Fred Jones Enterprises does not need to file a second notice. The clerk of the trial court is DIRECTED to include a copy of this order in the record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*
 *Clerk's Office, Atlanta,* 09/10/2012
  *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*